# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

IN RE:

ROY LEE WIMS, JR.,
ANNA MICHELLE WIMS,

CASE NO.: 07-04637-3F7

Debtors.

## DEBTORS' AMENDMENT TO SCHEDULES

**COMES NOW**, the Debtors, **ROY LEE WIMS, JR.** and **ANNA MICHELLE WIMS**, by and through their undersigned attorney, and file the attached Schedule B; C; Debtors' Declaration of Schedules; and Debtors' Statement of Intentions as an amendment to their voluntary petition filed with this Court on October 16, 2007.

**DATED:**   This 5th day of March, 2008.

REHAN N. KHAWAJA, ESQUIRE
Florida Bar No. 0064025
817 North Main Street
Jacksonville, Florida 32202-3094
Telephone:   (904) 355-8055
Facsimile:   (904) 355-8058
Attorney for Debtors

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a copy of the foregoing along with all Schedules was furnished to **Robert Altman, Esquire,** Chapter 7 Trustee, PO Box 922, Palatka, Florida 32178 by United States Mail, postage prepaid, this 5th day of March, 2008.

REHAN N. KHAWAJA, ESQUIRE
Florida Bar No. 0064025

1

Form B6B
(10/05)

In re   **Roy Lee Wims, Jr.,**                                              Case No.  **3:07-bk-04637**
      **Anna Michelle Wims**
_____,
                                            Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash.** <br><br> **(In Debtors' possession)** | J | 80.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account: Florida Telco Credit Union** <br><br> **Savings Account: Florida Telco Credit Union** | J <br><br> J | 200.00 <br><br> 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Bedrooms (2), Dining room, Living room, & Kitchen.** <br><br> **(At Debtors' residence)** <br><br> **TV, Stereo, DVD's, VCR's, & Computer.** <br><br> **(At Debtors' residence)** | J <br><br><br> J | 300.00 <br><br><br> 305.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Children items (Toys)** <br><br> **(At Debtors' residence)** | J | 40.00 |
| 6. Wearing apparel. | | **Wearing Apparel** <br><br> **(At Debtors' residence)** | J | 200.00 |
| 7. Furs and jewelry. | | **Jewelry.** <br><br> **(In Debtors' possession)** | J | 750.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

                                                                                      Sub-Total >  **1,875.00**
                                                                                     (Total of this page)

**3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6B
(10/05)

In re  Roy Lee Wims, Jr.,            Case No. __3:07-bk-04637__
       Anna Michelle Wims

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life insurance policy on Mrs. Wims' life provided by her employer.**<br>**Death Benefit: 2 x Annual Salary.** | J | 0.00 |
| | | | **Life insurance policy on Mr. Wims' life provided by his emloyer.**<br>**Death Benefit: 2 x Annual Salary.** | J | 0.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. | Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. | Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. | Accounts receivable. | X | | | |
| 17. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. | Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2007 Expected Tax Refund.** | J | 3,000.00 |
| 19. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >       3,000.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

In re   **Roy Lee Wims, Jr.,**
        **Anna Michelle Wims**

Case No. __3:07-bk-04637__

Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Saturn Ion (In Debtors' possession) | J | 9,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >   **9,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Form B6B
(10/05)

In re  **Roy Lee Wims, Jr.,**  
      **Anna Michelle Wims**

Case No. __3:07-bk-04637__

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Personal Property

Sub-Total >      0.00  
(Total of this page)  
Total >      **13,875.00**

(Report also on Summary of Schedules)

In re    Roy Lee Wims, Jr.,                                           Case No.   3:07-bk-04637
         Anna Michelle Wims
                                                   Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                       $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash. | Fla. Const. art. X, § 4(a)(2) | 80.00 | 80.00 |
| (In Debtors' possession) | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking Account: Florida Telco Credit Union | Fla. Const. art. X, § 4(a)(2) | 200.00 | 200.00 |
| Savings Account: Florida Telco Credit Union | Fla. Const. art. X, § 4(a)(2) | 0.00 | 0.00 |
| **Household Goods and Furnishings** | | | |
| Bedrooms (2), Dining room, Living room, & Kitchen. | Fla. Const. art. X, § 4(a)(2) | 300.00 | 300.00 |
| (At Debtors' residence) | | | |
| TV, Stereo, DVD's, VCR's, & Computer. | Fla. Const. art. X, § 4(a)(2) | 305.00 | 305.00 |
| (At Debtors' residence) | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Children items (Toys) | Fla. Const. art. X, § 4(a)(2) | 40.00 | 40.00 |
| (At Debtors' residence) | | | |
| **Wearing Apparel** | | | |
| Wearing Apparel | Fla. Const. art. X, § 4(a)(2) | 200.00 | 200.00 |
| (At Debtors' residence) | | | |
| **Furs and Jewelry** | | | |
| Jewelry. | Fla. Const. art. X, § 4(a)(2) | 750.00 | 750.00 |
| (In Debtors' possession) | | | |
| **Interests in Insurance Policies** | | | |
| Life insurance policy on Mrs. Wims' life provided by her employer. Death Benefit: 2 x Annual Salary. | Fla. Stat. Ann. § 222.14 | 0.00 | 0.00 |
| Life insurance policy on Mr. Wims' life provided by his emloyer. Death Benefit: 2 x Annual Salary. | Fla. Stat. Ann. § 222.14 | 0.00 | 0.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| 2007 Expected Tax Refund. | Fla. Stat. Ann. § 222.25(4) | 3,000.00 | 3,000.00 |
| | Total: | 4,875.00 | 4,875.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Middle District of Florida

In re: **Roy Lee Wims, Jr.**
**Anna Michelle Wims**
Debtor(s)

Case No. **3:07-bk-04637**
Chapter **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **28** sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **3-5-08**    Signature **Roy Lee Wims Jr.**
Roy Lee Wims, Jr.
Debtor

Date **3-5-08**    Signature **Anna Michelle Wims**
Anna Michelle Wims
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re: Roy Lee Wims, Jr.  
Anna Michelle Wims  
Debtor(s)

Case No. 3:07-bk-04637  
Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■ I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 2003 Saturn Ion (In Debtors' possession) | AmeriCredit | X | | | |
| Homestead Property: 9019 Derrickson Drive Jacksonville, Florida 32210 | HSBC Mortgage Services | X | | | |
| Homestead Property: 9019 Derrickson Drive Jacksonville, Florida 32210 | Mike Hogan Tax Collector | X | | | |
| Homestead Property: 9019 Derrickson Drive Jacksonville, Florida 32210 | Option One Mortgage | X | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| -NONE- | | |

Date 3-5-08　　Signature _Roy Lee Wims Jr._  
Roy Lee Wims, Jr.  
Debtor

Date 3-5-08　　Signature _Anna Michelle Wims_  
Anna Michelle Wims  
Joint Debtor